ANDRÉ BIROTTE JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
     Social Security Administration, Region IX
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Tel: (415) 977-8933
     Fax: (415) 744-0134
     E-mail: Paul.Sachelari@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MARYANN CABRERA CASTANEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 13-0633-AS<br><br>**JUDGMENT** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") that was concurrently lodged, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.


DATED:  November 6, 2013           / S /
                                    HON. ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE